IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02229-REB-KLM

ELLA J. WASHINGTON,

   Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

   Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

   This matter is before the Court on Defendant's **Unopposed Motion to Modify Scheduling Order** [Docket No. 18; Filed January 31, 2013] (the "Motion"). Defendant seeks a two-week extension of the affirmative expert designation deadline. Defendant represents that Plaintiff does not oppose the request.

   IT IS HEREBY **ORDERED** that the Motion [#18] is **GRANTED**. The Scheduling Order entered on October 23, 2012 [#15] is modified to extend the following deadline:

   • Affirmative Expert Designation Deadline          **March 1, 2013**

   Dated: February 1, 2013