IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02229-REB-KLM

ELLA J. WASHINGTON,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Modify Scheduling Order** [Docket No. 24; Filed February 27, 2013] (the "Motion"). Plaintif seeks a three-day extension of the affirmative expert designation deadline. Plaintiff represents that Defendant also requests a three-day extension.

    IT IS HEREBY **ORDERED** that the Motion [#24] is **GRANTED**. The Scheduling Order entered on October 23, 2012 [#15], and modified on February 1, 2013 [#20], is further modified to extend the following deadline:

- Affirmative Expert Designation Deadline     **March 4, 2013**

Dated: February 28, 2013