IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02229-REB-KLM

ELLA J. WASHINGTON,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

___

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion for Protective Order** [Docket No. 28; Filed March 11, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#28] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#28-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: March 12, 2013