IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02229-REB-KLM

ELLA J. WASHINGTON,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion to Modify Scheduling Order** [Docket No. 31; Filed March 12, 2013] (the "Motion"). Defendant seeks an extension of the rebuttal expert designation deadline until April 3, 2013. Defendant states that Plaintiff is unopposed to the requested relief.

    IT IS HEREBY **ORDERED** that the Motion [#31] is **GRANTED**. The Scheduling Order entered on October 23, 2012 [#15], and modified on February 1, 2013 [#20], and again on February 28, 2013 [#26], is further modified to extend the following deadline:

- Rebuttal Expert Designation Deadline    **April 3, 2013**

Dated: March 13, 2013