IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02229-REB-KLM

ELLA J. WASHINGTON,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion to Modify Scheduling Order** [Docket No. 42; Filed April 5, 2013] (the "Motion"). Defendant seeks an extension of the discovery cut-off deadline until May 31, 2013. Defendant states that Plaintiff is unopposed to the requested relief.

    IT IS HEREBY **ORDERED** that the Motion [#42] is **GRANTED**. The Scheduling Order entered on October 23, 2012 [#15], and modified on February 1, 2013 [#20], February 28, 2013 [#26], and March 13, 2013 [#37] is further modified to extend the following deadline:

- **Discovery Cut-off**                                           **May 31, 2013**

Dated: April 8, 2013