IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02229-RM-KLM

ELLA J. WASHINGTON,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion to Modify Scheduling Order** [Docket No. 48; Filed on May 21, 2013] (the "Motion"). In the Motion Defendant requests an extension of the discovery deadline from May 31, 2013 to July 1, 2013 in order to complete the deposition of Lee Rissin. *Motion* [#48] at 2. Defendant recognizes that a jury trial is set "to commence on October 4, 2012" and states that "this brief extension will not affect the other deadlines in this matter."[1] *Id.* Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#48] is **GRANTED**. The Scheduling Order entered on October 23, 2012 [#15] and modified on February 1, 2013 [#20], February 28, 2013 [#26], March 13, 2013 [#37], and April 8, 2013 [#44], is further modified to extend the following deadline:

- Discovery Deadline                                               **July 1, 2013**

    Dated: May 21, 2013

---

[1] The Court notes that the Dispositive Motions Deadline is May 31, 2013. In the Motion Defendant does not request a modification of this deadline and explicitly notes that the extension requested in the Motion "will not affect the other deadlines." *Motion* [#48] at 2. Accordingly, the parties must file any dispositive motions in this matter on or before May 31, 2013.