## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No. 12-cv-02229-RM-KLM

ELLA J. WASHINGTON,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER comes before the Court on the parties' Stipulation for Dismissal with Prejudice (ECF No. 62). Upon consideration of the Stipulation, it is

ORDERED that this case is dismissed with prejudice, with each party to pay their own attorneys' fees and costs.

DATED this 23rd day of September, 2013.

                        BY THE COURT:

                        _____
                        RAYMOND P. MOORE
                        United States District Judge